STATE EX REL. CHESTER R. GOLEMBESKE *v.*
LOUIS WHITE ET AL.

The defendants' motion for a review by this court of the order terminating a stay of execution in the appeal from the Superior Court in Litchfield County having been granted and the merits of the motion having been considered without a hearing (see Practice Book § 691), the requested relief is denied.

*Sidney Vogel,* in support of the motion.

Submitted November 26—decided December 4, 1973

CONNECTICUT SAVINGS AND LOAN ASSOCIATION *v.*
WILBERT MITCHELL ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Jeffrey M. Miner,* for the appellee (plaintiff).

*Mary V. McCarthy,* for the appellants (defendants).

Argued January 2—decided January 2, 1974

SIDNEY ROSENBLUM, TRUSTEE *v.* WILLIAM A.
BECKERMAN ET AL.

It appearing that the parties in the above-entitled case have failed to prosecute their appeals from the Superior Court in Hartford County, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the case be and hereby is dismissed.

*Robert L. Coates,* for the appellees-appellants (defendants).

No appearance for the appellant-appellee (plaintiff).